**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**MALIBU MEDIA, LLC,**

            **Plaintiff,**

    v.                5:15-CV-1550
                       (FJS/DEP)
**JOHN DOE,**
**subscriber assigned IP address 104.229.217.177,**

            **Defendant.**

---

### ORDER OF DISMISSAL BY REASON OF SETTLEMENT

Plaintiff has advised the Court that the parties have settled, or are in the process of settling, this action. *See* Dkt. No. 22. A review of the Court's docket indicates that no infant or incompetent is a party to this action.

Accordingly, pursuant to N.D.N.Y. L.R. 68.2(a), the Court hereby

**ORDERS** as follows:

(1) The above-captioned case is hereby dismissed and discontinued in its entirety, without costs, and without prejudice to the right of any party to reopen this action within sixty (60) days of the date of this Order if the settlement is not consummated.

(2) Any application to reopen this case must be filed within sixty (60) days of the date of this Order. An application to reopen filed after the expiration of that sixty-day period, unless the Court has extended this period prior to its expiration, may be summarily denied solely on the basis of untimeliness.

(3) If the parties wish for the Court to retain ancillary jurisdiction for the purpose

of enforcing any settlement agreement, they must submit a request that the Court retain jurisdiction over enforcement of the agreement or submit the agreement to the Court for incorporation of its terms into an Order retaining jurisdiction within the above-referenced sixty (60) day period for reopening this matter.

(4) The dismissal of the above-captioned action shall become with prejudice on the sixty-first day following the date of this Order, unless any party moves to reopen this case within sixty (60) days of the date of this Order upon a showing that the settlement was not consummated or the Court extends the sixty (60) day period prior to its expiration.

(5) The Clerk of the Court is directed to close this case and forward a copy of this Order to the parties pursuant to the Court's local rules.

**IT IS SO ORDERED.**

Dated: July 19, 2016
      Syracuse, New York

                                  Frederick J. Scullin, Jr.
                                  Senior United States District Judge